UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| AMERICAN HOME ASSURANCE COMPANY, a New York Corporation )<br><br>Plaintiff )<br><br>v. )<br><br>PENSACOLA STEVEDORE COMPANY, INC., )<br>PATE STEVEDORE COMPANY, INC., )<br>et al. )<br><br>Defendants ) | Civil Action File No. 10-305 |

## DEFENDANT HOMEOWNER CLAIMANTS' INITIAL DISCLOSURES

Defendants Langham, Shipp, Mayo, Irby, Ward and White (hereinafter collectively referred to as the "Homeowner Claimants") provide the following initial disclosures, pursuant to Rule 26(a)(1) of the *Federal Rules of Civil Procedure*.

### INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION

The Homeowner Claimants believe the following individuals may possess discoverable information:

1. **Mike Pate**
   President of Pensacola Stevedore Company, Inc. and Pate Stevedore Company, Inc.

2. **Henry Vick**
   President of Ace Home Center, Inc.
   21090 Hwy 59 South
   Robertsdale, AL 36567

3. **Representatives, Claims Managers and other individual employees and/or representatives of American Home Assurance Company**

4. **Homeowner Claimants**
   The individual Homeowner Claimants may be contacted through the law office of the undersigned counsel

5. **Various individuals with the Consumer Products Safety Commission that have tested and analyzed the Chinese drywall.**

### The Following Information Will Be Provided And May Be Relevant To The Disputed Issues

1. Various invoices from Ace Home Center, Inc. indicating the drywall was purchased from Ace Home Center in Robertsdale, Alabama.

2. Photographs of some of the Homeowner Claimants' homes taken during various inspections.

### Insurance Agreements – Not Applicable

DANIELL, UPTON, PERRY & MORRIS, P.C.
Attorneys for Defendants Langham, Shipp,
Mayo, Irby, Ward and White
P. O. Box 1800
Daphne, AL 36526
jrl@dupm.com (E-mail)
(251) 625-0046/(Voice)
(251) 625-0464/(Fax)

JONATHON R. LAW
ASB-7439-A36L-LAW039
DAVID F. DANIELL
ASB-1333-I70D-DAN009

2

## CERTIFICATE OF SERVICE

I hereby certify that on this the 30th day of September , 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

>Blane H. Crutchfield, Esq.
>Norman M. Stockman, Esq.
>Hand Arendall, LLC
>P.O. Box 123
>Mobile, AL  36601
>Attorneys for Plaintiff

>C. Michael Johnson, Esq.
>Laurie E. Dugoniths, Esq.
>The Johnson Firm, LLC
>One Buckhead Plaza
>3060 Peachtreet Road, NW, Suite 1050
>Atlanta, GA  30305
>Attorneys for Plaintiff

>David M. O'Brien, Esq.
>Sirote & Permutt, P.C.
>P.O. Box 2025
>Mobile, AL  35255
>Attorneys for Defendants
>Pensacola Stevedore Company, Inc. and
>Pate Stevedore Company, Inc.

_____
Jonathon R. Law, Esq.