IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| AMERICAN HOME ASSURANCE COMPANY, a New York Corporation, | ) ) ) |
| Plaintiff, | ) CIVIL ACTION NO. ) |
| v. | ) 10-00305-CB-N ) |
| PENSACOLA STEVEDORE COMPANY, INC., PATE STEVEDORE COMPANY, INC., et al., | ) ) ) |
| Defendants. | ) ) |

## AMENDED ORDER

This matter is before the Court on a *Joint Stipulation for Dismissal With Prejudice* (Doc. 46) filed by the parties, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, requesting that this action be dismissed as to the "Homeowner Claimants" as follows: **CHAD & LAUREN LANGHAM, JASON & JENNIFER SHIPP, WILLIAM & DEBORAH MAYO, JOHNNY F. IRBY, CARLOS & BEVERLY WARD, ROBERT & WANDA WHITE, K. MICHAEL REYNOLDS** and **TIMOTHY & JOAN HARMS,**

Accordingly, it is **ORDERED, ADJUDGED** and **DECREED** that this action in regard to the above-referenced Defendants is due to be, and hereby is, **DISMISSED** with prejudice, each party to bear its own costs.

**DONE** this 17th day of June, 2011.

s/*Charles R. Butler, Jr.*
**Senior United States District Judge**